# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

LEAH LOVELLE BURDETTE,

              Plaintiff,

v.                                    CIVIL ACTION NO.  2:09-cv-00071

MICHAEL J. ASTRUE
Commissioner of Social Security,

              Defendant.

### MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge submitted findings of fact and recommended that the court deny the plaintiff's motion for judgment on the pleadings, affirm the final decision of the Commissioner, grant the defendant's motion for judgment on the pleadings, and dismiss this action from the court's docket.

The plaintiff filed timely objections to the Magistrate Judge's findings and recommendation. The court has reviewed *de novo* those portions of the Magistrate Judge's findings and recommendation to which the plaintiff objects and **FINDS** that the objections lack merit.  The court therefore **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge.  The court **DENIES** the plaintiff's motion for judgment on the pleadings, **AFFIRMS** the final decision of the Commissioner, **GRANTS** the defendant's motion for judgment on the pleadings, and **DISMISSES** this action from the court's docket.

The court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Stanley, counsel of record, and any unrepresented party.

ENTER: February 1, 2010

Joseph R. Goodwin, Chief Judge